# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Thomas J. Whelan)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22CR2193-W |
| Plaintiff, | ) ) | **ORDER GRANTING CONTINUANCE** |
| v. | ) ) | |
| CHANCE JOHNSON, | ) ) | |
| Defendant. | ) ) | |

Upon joint motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Sentencing Hearing for Defendant Chance Johnson is continued to August 14, 2023, at 9:00 a.m. In accordance with 18 USC section 3161, time is excluded in the interest of justice until August 14, 2023.

Dated: 7/6/23

HON. THOMAS J. WHELAN
U.S. DISTRICT JUDGE

1