UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Thomas J. Whelan)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22cr2193-W |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF DEFENDANT'S SENTENCING HEARING** |
| v. | |
| CHANCE JOHNSON, | |
| Defendant. | |

Upon joint motion of the parties, and good cause appearing, **IT IS HEREBY**

**ORDERED** that the Sentencing Hearing for Defendant Chance Johnson is continued to January 8, 2024, at 9:00 a.m..

Dated: _10/25/23_

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

1